THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Autmus Peeks, Appellant,
 v.
 South Carolina Department of
 Corrections, Respondent.
 
 
 

Appeal From Richland County
 Marvin F. Kittrell, Administrative Law Court Judge

Unpublished Opinion No. 2009-UP-150
Submitted March 2, 2009  Filed March 30, 2009    

AFFIRMED

 
 
 
 Autmus Peeks, of Fairfax, for Appellant.
 Robert W. Jacobs, of Columbia, for Respondent.
 
 
 

PER CURIAM: Autumus
 Peeks appeals the Administrative Law Courts (ALC) decision to dismiss his
 appeal.  We affirm[1] pursuant to Rule 220(b),
 SCACR, and the following authorities:  Daniels v. Williams, 474 U.S.
 327, 331 (1986) (holding mere lack of due care by a state official does not
 deprive an individual of life, liberty, or property under the Fourteenth
 Amendment); Slezak v. S.C. Dept of Corrs., 361 S.C. 327, 331, 605
 S.E.2d 506, 508 (2004) (citing 515 U.S. 472 (1995)) (explaining the ALC is not
 required to hold a hearing in every matter, and when appropriate may summarily
 dismiss an inmates grievance which does not implicate a state-created liberty
 or property interest).  
AFFIRMED.
HEARN, C.J.,
PIEPER and LOCKEMY, JJ., concur.

[1] We decide this case
without oral argument pursuant to Rule 215, SCACR.